UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

Trenton Michael Judkins,

          *Defendant.*

[PROPOSED]
ORDER

22 Cr. 629 (PKC)

      WHEREAS, defendant Trenton Michael Judkins (the "defendant") was presented before a Magistrate Judge in the Southern District of New York on or about November 28, 2022, and released on bail conditions that included, among others, the condition that he commit no federal, state, or local crime during pretrial release and the condition that he not use the Internet for any purpose other than communicating with counsel or Pretrial Services;

      WHEREAS, on or about March 13, 2023, the defendant, using a cellphone that was electronically monitored by Pretrial Services, engaged in discussions with another individual regarding the purchase of distribution quantities of fentanyl, crack cocaine, and other controlled substances;

      WHEREAS, on or about March 15, 2023, upon the application of the Government and Pretrial Services, the Court issued a warrant for the defendant's arrest pursuant to 18 U.S.C. § 3148;

      WHEREAS, on or about March 16, 2023, the defendant was arrested in the District of Maine, where he resides, and was subsequently brought to the Southern District of New York by the United States Marshal Services;

      WHEREAS, the defendant has advised, through counsel in the Southern District of New York, that he does not contest the basis for revocation, that he knowingly and voluntarily waives

his right to bail revocation hearing under 18 U.S.C. § 3148(b), and that he consents to revocation of bail and remand into the custody;

THE COURT FINDS that there is a sufficient basis to revoke the defendant's bail under 18 U.S.C. § 3148 and that the defendant has knowingly and voluntarily waived his right to a bail revocation hearing;

ACCORDINGLY, IT IS HEREBY ORDERED that the defendant's bail is REVOKED pursuant to 18 U.S.C. § 3148(a), and the defendant shall be REMANDED to the custody of the Attorney General for the pendency of this case.

**SO ORDERED:**

Dated: New York, New York
April __7__, 2023

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK