UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
UNITED STATES OF AMERICA :
:
:
- against - :
: 22 Cr. 629 (PKC)
:
TRENTON MICHAEL JUDKINS :
:
Defendant. :
:
------------------------------------- x

### [PROPOSED] ORDER GRANTING RELEASE OF DEFENDANT'S PASSPORT TO DEFENSE COUNSEL

This matter having come before the Court at the sentencing hearing on September 14, 2023, there being no opposition to the request and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendant Trenton Michael Judkins's ("Defendant") passport, currently in the custody of United States Pretrial Services, be released to defense counsel, William J. Harrington, forthwith.

IT IS FURTHER ORDERED that Mr. Harrington retain custody of Defendant's passport until the conclusion of Defendant's custodial sentence, at which time Mr. Harrington will return the passport to Defendant.

DATED this __18__ day of September, 2023.

_____
The Honorable P. Kevin Castel
United States District Judge